**NSK LTD. and Nsk Corporation,
Plaintiffs–Appellees,**

**and**

**NTN Bearing Corporation of America, NTN Corporation, American NTN Bearing Manufacturing Corporation, NTN Driveshaft, Inc., and NTN–Bower Corporation, Plaintiffs–Appellants,**

**and**

**Koyo Seiko Co. Ltd. and Koyo Corporation of U.S.A., Plaintiffs–Appellees,**

**and**

**Nippon Pillow Block Sales Co., Ltd. and FYH Bearing United USA, Inc., Plaintiffs,**

**v.**

**UNITED STATES, Defendant–Appellee,**

**and**

**The Torrington Company, Defendant–Appellee.**

**NSK Ltd. and NSK Corporation, Plaintiffs–Appellants,**

**and**

**NTN Bearing Corporation of America, NTN Corporation, American NTN Bearing Manufacturing Corporation, NTN Driveshaft, Inc., and NTN–Bower Corporation, Plaintiffs–Appellees,**

**and**

**Koyo Seiko Co. Ltd. and Koyo Corporation of U.S.A., Plaintiffs–Appellees,**

**and**

**Nippon Pillow Block Sales Co., Ltd. and FYH Bearing United USA, Inc., Plaintiffs,**

**v.**

**United States, Defendant–Appellee,**

**and**

**The Torrington Company, Defendant–Cross–Appellant.**

Nos. 02–1171, 02–1172, 02–1173.

United States Court of Appeals, Federal Circuit.

Feb. 17, 2004.

Donald J. Unger, Kazumune V. Kano, Carolyn D. Amadon, William Joseph Murphy, Barnes, Richardson, Chicago, IL, for American NTN Bearing Manufacturing Corporation, NTN Bearing Corporation of America, NTN Corporation, NTN Driveshaft, Inc. and NTN–Bower Corporation.

Neil R. Ellis, Neil Charles Pratt, Sidley, Austin, Elizabeth C. Hafner, Powell, Goldstein, Washington, DC, for Koyo Corporation of U.S.A. and Koyo Seiko Co., Ltd.

Michael J. Brown, Rockville, MD, for FYH Bearing Units USA Inc. and Nippon Pillow Block Sales Co. Ltd.

Matthew P. Jaffe, Robert A. Lipstein, Grace W. Lawson, Crowell & Moring, Joseph A. Konizeski, Lipstein, Jaffe, Washington, DC, for NSK Corporation and NSK Ltd.

Terence P. Stewart, Wesley K. Caine, Lane S. Hurewitz, Geert Deprest, Stewart and Stewart, Washington, DC, for The Torrington Company.

Ada E. Bosque, Lucius B. Lau, David M. Cohen, Department of Justice, Velta A. Melnbrencis, Washington, DC, for United States.

## ORDER

Upon consideration of the unopposed motions to sever and voluntarily dismiss appeals 02–1172, –1173,

IT IS ORDERED THAT:

(1) The motions are granted. All sides shall bear their own costs in appeals 02–1172, –1173.

(2) NTN Bearing Corporation of America et al. are requested to inform the court, within 14 days of the date of filing of this order, how they believe appeal 02–1171 should proceed.

(3) The revised official captions are reflected above.